**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ROBERT EVERHART, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:25-CV-575 |
| | § | |
| WARDEN, SPC BEAUMONT, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Robert Everhart, a federal prisoner confined at the Satellite Prison Camp in Beaumont, Texas, proceeding *pro se,* filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the petition without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.  Petitioner did not exhaust administrative remedies before filing this petition, and he has not shown that an exception to the exhaustion requirement is warranted in this instance.

**ORDER**

Accordingly, Petitioner's objections (#5) are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#4) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 10th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE